UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 10, 2010

No. 09-3031

United States of America

v.

Jerry Whitfield, Appellant

(D.N.J. No. 1-08-cr-00685-001)

Present:     BARRY, CHAGARES, and VANASKIE, Circuit Judges

1.     Motion by Appellee to Reissue the Not Precedential Opinion" in this Case as Precedential;

2.     Response by Appellant in Opposition to Motion to Publish and Render Opinion in Captioned Case Precedential;

3.     Reply by Appellee to Appellant's Response to Motion to Reissue the Not Precedential Opinion in this Case as Precedential.

Respectfully,
Clerk/slc

_____ORDER_____
The foregoing motion is GRANTED.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated:     January 6, 2011
SLC/cc:    Norman Gross
           George S. Leone
           Maggie F. Moy